IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 13 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § MAG. NO. 3-12-MJ-405 |
| BARRETT LANCASTER BROWN | § § § |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Barrett Lancaster Brown**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_\_ 10 + year drug offense

   \_\_\_\_\_ Felony, with two prior convictions in above categories

   \_\_X\_\_ Serious risk defendant will flee

   \_\_X\_\_ Serious risk obstruction of justice

   \_\_\_\_\_ Felony involving a minor victim

   \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

Motion for Detention - Page 1

\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

 __X__ Defendant's appearance as required

 __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

 \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

 \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

 \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

 \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

  __X__  At first appearance

  ____  After continuance of _____ days (not more than 3).

DATED this __13th__ day of September, 2012.

      Respectfully submitted,

      SARAH R. SALDAÑA
      UNITED STATES ATTORNEY

      _____
      CANDINA S. HEATH
      Assistant United States Attorney
      Texas Bar No. 09347450
      1100 Commerce Street, Third Floor
      Dallas, Texas 75242
      Telephone: 214.659.8634
      Facsimile: 214.659.8805

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __13th__ day of September, 2012.

      _____
      CANDINA S. HEATH
      Assistant United States Attorney