IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Criminal No.  3:12-CR-317-L |
| | § |
| BARRETT LANCASTER BROWN | § |

## **ORDER**

Before the court is Defendant's Unopposed Notice of Waiver of Arraignment Hearing and Entry of Plea of Not Guilty, filed October 15, 2012. In accordance with the findings set forth below, the court **accepts** Defendant's Plea of Not Guilty.

In accordance with Rule 10(b) of the Federal Rules of Criminal Procedure, this court finds that Defendant received a copy of the Indictment, that he understands the charges filed against him, and that he understands that he has a right to attend an arraignment hearing, but that he has requested that this court accept his waiver of his presence at the hearing and enter a plea of "Not Guilty" on his behalf. This court finds that Defendant and his counsel have signed the waiver and hereby **accepts** this Notice and Waiver of Appearance at an Arraignment Hearing and a plea of "Not Guilty" will be entered on his behalf.

**It is so ordered** this 17th day of October, 2012.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Solo Page