IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Nos. 3:12-CR-317-L |
| | § | 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | § | 3:13-CR-030-L |

# **ORDER**

On January 30, 2013, the court held a hearing pursuant to 18 U.S.C. §§ 4241(e) and 4247(d) to determine Defendant Barrett Lancaster Brown's competency to stand trial in his criminal cases. The court reviewed the Psychological Evaluation of Mr. Brown, which concludes that "defendant did not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense." Psychological Evaluation. 10.  The court also engaged in a colloquy with Mr. Brown at the hearing during which he made clear to the court that he understood the reason he was in the courtroom, understood the nature of the charges filed against him, and believed he could assist his attorney, Mr. Douglas A. Morris, in his defense; questioned Mr. Morris regarding his impressions of his client's ability to assist in his defense; and observed Mr. Brown's demeanor.

Upon questioning from the court, Mr. Brown's attorney stated that he believed his client could assist him in his defense and that his symptoms had dramatically improved since he was first appointed to represent Mr. Brown.  Mr. Morris's exact words were that his client was in "much better shape now."

Order - Page 1

Mr. Morris also stated that he and Mr. Brown had discussed the pending charges and that Mr. Brown was able to discuss the charges and assist him in developing a strategy for his defense.

The court reached a similar conclusion in its observation of Mr. Brown's demeanor. For example, Mr. Brown was able to accurately identify the charges pending against him, and he correctly stated what it means to plead "guilty" and "not guilty" to such charges. Mr. Brown also was able to inform the court of the medications that he was taking daily, the amount of dosage for each, and the purpose of each medication. The court also notes that Mr. Brown answered its questions directly, without hesitation or any assistance from his counsel.

Based on the court's observations at the hearing, the statements of Mr. Morris, the statements of Mr. Brown, and the findings and conclusions set forth in the Psychological Evaluation, the court determines that Mr. Brown is able to understand the nature and consequences of the proceedings against him and that he can properly assist his attorney in preparing a defense to the charges against him in all three cases. *Accordingly, the court concludes that Mr. Brown is competent to stand trial in all three cases pending against him.* The clerk of the court shall file a copy of this order in all three cases listed in its caption.

**It is so ordered** this 4th day of February, 2013.

Sam A. Lindsay
United States District Judge