| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF TEXAS<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>BARRETT LANCASTER BROWN<br>_____<br>Attorney for Intervenor:<br>Jason Flores-Williams, Esq.<br>624 Galisteo #10<br>Santa Fe, NM 87505<br>Telephone: 505-467-8288<br>Email: JFW@JFWLAW.NET<br>**Bar No. 132611** | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number:<br>**3:12-CR-317-L**<br><br>Hon. Judge Lindsay |

## MOTION TO DISMISSS

Mr. Provost respectfully requests that this Honorable Court dismiss with prejudice his Motion To Intervene and Quash Subpoena.

    Respectfully submitted,

    s/Jason Flores-Williams

    Jason Flores-Williams
    Attorney for Mr. Provost
    Bar No. 132611
    624 Galisteo #10
    JFW@JFWLAW.NET
    Santa Fe, NM 87505
    T: 505-467-8288
    F: 505-467-8288

WBDL: Motion To Dismiss

## (P)ROPOSED ORDER FOR MOTION TO DISMISS

Mr. Provost's Motion To Dismiss  Motion To Intervene and Quash Subpoena is GRANTED_____

Respectfully submitted,

*s/Jason Flores-Williams*

Jason Flores-Williams
Attorney for Mr. Provost                                   _____
Bar No. 132611                                             Hon. Sam A Lindsay
624 Galisteo #10                                           Federal Court Judge
Santa Fe, NM 87505
JFW@JFWLAW.NET
T: 505-467-8288
F: 505-467-8288

## CERTIFICATE OF SERVICE

I certify that on 4/18/13, I caused a copy of the foregoing pleading to be delivered via electronic filing to the Honorable Sam. A. Lindsay, United States District Judge; and Ms. Candina S. Heath, Assistant United States Attorney; and Mr. Doug Morris , Assistant Federal Public Defender; and via fax to interested party CloudFlare, Inc.

s/ Jason Flores-Williams

Jason Flores-Williams
Attorney for Mr, Provost
Bar No. 132611
624 Galisteo #10
SF, NM 87505
JFW@JFWLAW.NET
T: 505-467-8288
F: 505-467-8288

WBDL: Motion  To Dismiss