IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-317-L |
| | § | |
| BARRETT LANCASTER BROWN | § | **Filed Under Seal** |

### ORDER

Before the court is the Government's Motion to Seal The Government's Opposition to Brown's Motion to Dismiss the Indictment, His Request to Strike Surplusage, and For a Bill of Particulars (Doc. 98), filed February 14, 2014. After careful consideration, the court **grants** the motion. Government's Opposition to Defendant Brown's Motion to Dismiss the Indictment shall be filed **under seal**.

**It is so ordered** this 18th day of February, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Solo Page