IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Nos. **3:12-CR-317-L** |
| | § | **3:12-CR-413-L** |
| **BARRETT LANCASTER BROWN** | § | |

## **ORDER**

As discussed during the sentencing hearing in this case on December 16, 2014, the sentencing hearing in this case is **continued** to and shall **reconvene** on **January 22, 2015**, at **9 a.m.** To avoid further delays in Defendant Barrett Lancaster Brown's ("Defendant") sentencing, the court **orders** as follows:

• The Government shall produce to Defendant the forty-five page chat and spreadsheet concerning identifiable credit card victims by **noon** today, **December 17, 2014.** Any response or objections by Defendant to this evidence must be filed by **December 19, 2014**, at **5 p.m.**, and shall not exceed **seven** pages. Any additional evidence regarding chats that Defendant wishes the court to consider shall be attached to his responsive brief. Any reply by the Government shall be filed by **December 22, 2014**, at **5 p.m.**, and shall not exceed **five** pages. All page limitations referenced in this order are exclusive of signature and certificate of service pages.

• With respect to Defendant's objection to the grouping of offenses, any arguments by the parties must be fully briefed and filed by **December 24, 2014**. The parties' briefs shall be limited to arguments previously raised by the parties and shall not exceed **five** pages in length. Further, citations to Fifth Circuit and United States Supreme Court authority are to be used.

**Order – Page 1**

- Further, as indicated during the hearing yesterday, the only additional arguments that the court will allow counsel for the parties to make on January 22, 2015, will be those requested by the court. Accordingly, any briefs submitted in accordance with this order must include, for the court's consideration, a complete recitation of the parties' respective positions.

**It is so ordered** this 17th day of December, 2014.

_____
Sam A. Lindsay
United States District Judge